**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 1:23-CR-31 (JMC)** |
| **KIM MARIE CONNOLLY,** | : | |
| | : | |
| **Defendant,** | : | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

*Plea*

On September 12, 2023, Kim Connolly entered a plea, upon Agreement with the Government, to one count of *Parading, Demonstrating, or Picketing inside a Capital Building*, in violation of 40 U.S.C. § 5104 (e)(2)(G), of a four (4) count Information.

The violation carries a maximum sentence of six (6) months of imprisonment, pursuant to 40 U.S.C. § 5109(b); a term of probation of not more than five (5) years, pursuant to 18 U.S.C. §3561 (c); a fine of not more than $5000, pursuant to 18 U.S.C. §3571 (b)(6). Ms. Connolly has also agreed to pay restitution of $500. Further Ms. Connolly agreed to pay a special assessment of $10.00.

*Acceptance of Responsibility*

Kim Connolly acknowledges full responsibility for her actions on January 6, 2021. According to the Government's *Statement of the Offense*, Ms. Connolly entered the Capital through the upper west terrace doors, at approximately 2:35 P.M. on January 6, 2021. She walked through the hallway and up the stairs towards the Rotunda, then traveled down the stairs. She traveled to the Crypt of the building and down the Hall of the Columns. She exited the building at approximately 2:44 P.M., having spent "about nine (9) minutes in the Capitol building."

During the Rule 11 Hearing, the Court received and acknowledged Ms. Connolly's statement that was unopposed by the Government, that during her walk, she can be seen picking garbage up off the floor and discarding it.

The Government's *Statement of the Offense* provided no information that Ms. Connolly was present and a part of the crowd/mob that destroyed the front of the Capitol. No information was presented that she was a part of a "mob mentality" or other grouping, aiding incitement and destruction. No information was presented to the Court that she was a member of the ultranationalist street gang, Proud Boys. No information was presented that she was a member of the Three Percenters, QAnon, Boogaloo, Rise Above Nation, the National Socialist Club, No White Guilt, the Oath Keepers, or the Groyper Army, i.e., a support group for Nick Fuentes, an internet personality. Ms. Connolly has always been a working, constructive member of society, and living and associating lawfully.

Ms. Connolly was an individual who gained access through the west terrace door. No destruction occurred at that entry. The Government's discovery showed the door open, and a stream of individuals making entry. What appear to be Capitol Security can be observed standing at the entry, without protest, direction to stop, or mandate to not enter.

The Capitol siege, has been characterized by MANY as many different things. Unruly and unjustified destruction, as well as, extreme violence toward Officers, individuals and property, occurred. Keenly, not to detract from the extremism of some of the attendant participants amongst the hundreds of thousands who traveled to the Capitol on January 6, some did so individually, without knowledge of the intent and purpose of the Destructionists. Nothing in the Government's *Statement of Offense*, paints Kim Marie Connolly, as convening the mentality, purpose and intent of those who destroyed lives and property. Certainly present,

she was. Nothing that has been here said, was to minimize responsibility and culpability. It was intended to state the varied purposes of the many who were present on January 6th, 2021. Kim Marie Connolly accepts responsibility for her actions.

*Past and Present Background*

Kim Connolly is 52 years old and was raised in Massachusetts. She attended a private Catholic Highschool in Dartmouth, Massachusetts, i.e., Bishop Stang. She has an Associates Degree in Paralegal Studies from North Shore Community College, Beverly, Massachusetts. She is single, never having been married. She has no children. She resides with her Mother, age 80 years old, who suffers with Dementia/Alzheimer's, and is the sole caretaker for all needs in the home. Ms. Connolly, attends to the daily needs of both her Mother and herself, including without limitation: Medical appointments; pharmaceutical needs; food and other shopping, and work. Ms. Connolly works full time as a Waitress at a local restaurant. The household relies on her income for the weekly needs. Ms. Connolly this past week, 12/7/23, interviewed and obtained a new job at The Pub 99 Restaurant, Wareham, Massachusetts, as a waitress. The work will be full-time hours which are needed to support the household.

*18 U.S.C. § 3553 (a) factors*

Without fully restating the nature and circumstances of the offense, Kim Connolly entered the Capitol for a total of nine (9) minutes. She walked, by herself, through the halls, took several pictures, displayed some civic responsibility by picking garbage up off the floor and properly discarded it. She sent a text message stating, *"We're in,"* unknown as to who. She neither sought to perpetrate the violence that was immediately occurring in different parts of the building, nor join the sides of individuals committing the violence and destruction. She left the building without perpetrating violence or destruction. 18 U.S.C. §3553 (a)(1). She was not a part

of the "violent" mob and if the Court infers the statement *"We're in"* to evidence a collective conscience, it must view Ms. Connolly as a minimal participant, who didn't share nor support the intent to destroy and perpetrate violence. Her conduct for the 9 minutes inside defies this inference. She is a zero point offender with no criminal history.

Kim Connolly is a person who has lived a lawful, constructive and peaceful existence. Nothing in the Government's Memorandum, or the Presentence Report, illustrates a person who is not capable of living crime-free. She was unknown to the Government prior to January 6, 2021. She has lived through multiple elections without reprisal. The argument by the Government that the Court and society needs to fear future election conduct, is outweighed. If history is the best judgement of character, Kim Connolly has no prior criminal history, federal or state, and no prior similar conduct. 18 U.S.C. §3553 (a) (1); (2) (C).

Imposing a sentence that is mindful of the seriousness of the offense, promotes respect for the law, punishes the offense, and affords adequate deterrence, is the balancing act the Court encounters, 18 U.S.C. §3553 (a) (2) (A-C), concomitant with avoiding unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct. 18 U.S.C. §3553 (a) (6).

*Ms. Connolly's Requested Sentence*

A Sentence combination of Unsupervised Probation, Community Service, and/or a Fine, in addition to the agreed upon Restitution, would adequately meet all §3553 factors. Defense is not in agreement with the need for home confinement, especially given Ms. Connolly's lack of criminal history, non-association with extreme groups, 9 minutes of entry, and overwhelming need to provide for her Mother's care. Home confinement would negatively impact her Mother's health and well-being.

A review of sentences given to other *January 6 Defendants*, provides uniformity without disparity for similarly charged conduct. According to the Government's Sentencing Grid dated August 25, 2023, the following is a small sampling of sentences received by Defendants who pled to a violation of 40 U.S.C. § 5104(e)(2)(G):

1. Seymour, Paul Jr. 1:22-CR-00041-APM 40 U.S.C. § 5104(e)(2)(G); Government request: 3 months' home detention, 36 months' probation, 60 hours' community service, $500 restitution; Sentence Imposed: 12 months' probation, 60 hours' community service, $500 restitution.

2. Ferguson, Jamie 1:22-CR-00194-APM 40 U.S.C. § 5104(e)(2)(G); Government request: 24 months' probation, 30 days' home detention, 60 hours' community service, $500 restitution; Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

3. Fontanez□Rodriguez, Samuel 1:22-CR-00256-EGS 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' home detention, 36 months' probation, 60 hours' community service, $500 restitution; Sentence Imposed: 12 months' probation, 50 hours' community service, $500 restitution.

4. Cantrell, Eric 1:22-CR-00121-TNM 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 3 months' probation, 40 hours' community service, $500 restitution.

5. Williams, Andrew 1:21-CR-00045-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 24 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed 24 months' probation, 60 hours' community service, $500 restitution.

6. Gonzalez, Eduardo 1:21-CR-00115-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 3 months' incarceration, $500 restitution. Sentence Imposed: 24 months' probation, $1000 fine, $500 restitution.

7. Loftus, Kevin 1:21-CR-00081-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation. Sentence Imposed: 36 months' probation, 60 hours' community service, $500 restitution.

8. Jackson, Micajah 1:21-CR-00484- RDM 40 U.S.C. § 5104(e)(2)(G); Government request: 60 days' incarceration, 36 months' supervised release, $500 restitution. Sentence Imposed: 36 months' probation $1,000 fine, $500 restitution.

9. Martin, Zachary 1:21-CR-00201-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 36 months' probation, $1000 fine, 60 hours' community service, $500 restitution.

10.     Kelley, Kari 1:21-CR-00201-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 36 months' probation, $500 restitution.

11.     Fee, Thomas 1:21-CR-00133-JDB 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, $500 restitution, 60 hours' community service. Sentence Imposed: 24 months' probation, $500 fine, $500 restitution, 50 hours' community service.

12.     Zlab, Joseph 1:21-CR-00389- RBW 40 U.S.C. § 5104(e)(2)(G); Government request: 45 days' incarceration, 36 months' probation, $500 restitution, 60 hours' community service. Sentence Imposed: 36 months' probation, $500 fine, $500 restitution, 200 hours' community service.

13.     Gallagher, Thomas 1:21-CR-00041-CJN 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

14.     Sanders, Jonathan 1:21-CR-00384-CJN 40 U.S.C. § 5104(e)(2)(G); Government request: 60 days' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 60 hours' community service, $500 restitution.

15.     Cordon, Sean 1:21-CR-00269-TNM 40 U.S.C. § 5104(e)(2)(G); Government request: 3 months' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 60 days' probation, $4000 fine, $500 restitution.

16.     Wrigley, Andrew 1:21-CR-00042-ABJ 40 U.S.C. § 5104(e)(2)(G); Government request: 60 days' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 18 months' probation, $2000 fine, 60 hours' community service, $500 restitution.

17.     Hatley, Andrew 1:21-CR-00098-TFH 40 U.S.C. § 5104(e)(2)(G); Government request: 60 days' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $500 restitution,

18.     O'Malley, Timothy 1:21-CR-00704-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 45 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 20 hours' community service, $500 restitution.

19.     Rosa, Eliel 1:21-CR-00068-TNM 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 12 months' probation, 100 hours' community service, $500 restitution.

20.     Ballesteros, Robert 1:21-CR-00580-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 24 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 40 hours' community service, $500 restitution.

21.     Edwards, Gary 1:21-CR-00366-JEB 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 24 months' probation, $500 restitution. Sentence Imposed: 12 months' probation, $2500 fine, 200 hours' of community service, $500 restitution.

22.     Spain, Jr., Edward 1:21-CR-00651-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 60 hours' community service, $500 restitution.

23.     Tagaris, Jody 1:21-CR-00368-JDB 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 24 months' probation, $2000 fine, $500 restitution, 60 hours' community service.

24.     Prezlin, Brandon 1:21-CR-00694-TNM 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 10 months' probation, 36 months' probation, $500 restitution. Sentence Imposed: $2,500 fine, 120 hours' community service, $500 restitution.

25.     Snow, Robert 1:22-CR-00030-TJK 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 12 months' probation, 60 hours' community service, $500 restitution.

26.     Torre, Benjamin 1:21-CR-00143-RC 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 12 months' probation $1,113 fine, 60 hours' community service, $500 restitution.

27.     Thurlow, Steven 1:21-CR-00615-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 80 hours' community service, $500 restitution.

28.     McNicoll, Lois Lynn 1:21-CR-00468-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 80 hours' community service, $500 restitution.

29.     Youngers, Darrell 1:21-CR-00640 – TFH 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $1,000 fine, $500 restitution.

30.     Vollan, Cody 1:22-CR-00044-APM 40 U.S.C. § 5104(e)(2)(G): Government request: 14 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 12 months' probation, 60 hours' community service, $500 restitution.

31.     Carollo, Anthoy 1:22-CR-00044-APM 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 12 months' probation, 60 hours' community service, $500 restitution.

32.     Bratjan, Frank 1:22-CR-00285-TNM 40 U.S.C. § 5104(e)(2)(G): Government request: 14 days' incarceration, 36 months' probation, 60 days' community service, $500 restitution. Sentence Imposed: 6 months' probation, $1500 fine, $500 restitution.

33.     Connor, Francis 1:21-CR-00586-RC 40 U.S.C. § 5104(e)(2)(G): Government request: 45 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 12 months' probation, $371 fine, 60 hours' community service, $500 restitution.

34.     Ferrigno, Antonio 1:21-CR-00586-RC 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 12 months' probation, $371 fine.

35.     Lunyk, Anton 1:21-CR-00586-RC 40 U.S.C. § 5104(e)(2)(G); Government request: 20 days' incarceration, 36 months' probation, $500 restitution. Sentence Imposed: 12 months' probation, $742 fine, 60 hours' community service, $500 restitution.

36.     Vincent, Reva 1:22-CR-0005-TNM 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $1,500 fine, $500 restitution.

37.     Hentschel, Cara 1:21-CR-00667-FYP 40 U.S.C. § 5104(e)(2)(G); Government request: 3 months' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $500 restitution.

38.     Munn, Joshua 1:21-CR-00474-BAH 40 U.S.C. § 5104(e)(2)(G); Government request: 21 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 60 hours' community service, $500 restitution.

39.     Munn, Kayli 1:21-CR-00474 - BAH 40 U.S.C. § 5104(e)(2)(G); Government request: 21 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 60 hours' community service, $500 restitution.

40.     Munger, Jeffrey 1:22-CR-00123- RDM 40 U.S.C. § 5104(e)(2)(G); Government request: 36 months' probation, 4 months' home detention, 60 hours' community service, $500 restitution. Sentence Imposed: 30 months' probation, 60 hours' community service, $500 restitution.

41.     Clark, Christy 1:21-CR-00218-APM 40 U.S.C. § 5104(e)(2)(G); Government request: 4 months' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

42.     Clark, Matthew 1:21-CR-00218-APM 40 U.S.C. § 5104(e)(2)(G); Government request: 4 months' home detention, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

43.     Yazdani-Isfehani, Abigail 1:21-CR-00543-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 100 hours community service, $500 restitution.

44.     Yazdani-Isfehani, Loruhamah 1:21-CR-00543-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 100 hours' community service, $500 restitution.

45.     Castle, Trudy 1:22-CR-00261-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 36 months' probation, 30 days' incarceration, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $2,000 fine, $500 restitution,

46.     DiFrancesco, Kimberly 1:22-CR-00261-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 36 months' probation, 30 days' incarceration, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $2,000 fine, $500 restitution.

47.     Wiersma, David 1:21-CR-00592-ABJ 40 U.S.C. § 5104(e)(2)(G); Government request: 45 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 18 months' probation, $1,500 fine, $500 restitution.

48.     Frankowski, Dawn 1:21-CR-00592-ABJ 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 18 months' probation, 100 hours' community service, $750 fine, $500 restitution.

49.     Buxton, Jonas 1:21-CR-00739-JDB 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 18 months' probation, 40 hours' community service, $500 fine, $500 restitution.

50.     Conlon, Paula 1:22-CR-00171-JMC 40 U.S.C. § 5104(e)(2)(G); Government request: 60 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 12 months' probation, $500 restitution.

51.     Bustos, Alexis 1:22-CR-00016-CJN 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, $500 restitution.

52.     Bustos, Bryan 1:22-CR-00016-CJN 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, $500 restitution.

53.     Myers, Rachel 1:22-CR-00074-JMC 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

54.     Ambrose, Lawrence 1:22-CR-00302-DLF 40 U.S.C. 5104(e)(2)(G); Government request: 21 days' incarceration, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $500 restitution.

55.     Cronin, Kevin 1:22-CR-00233-ABJ 40 U.S.C.§ 5104(e)(2)(D), (e)(2)(F), (e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 18 months' probation, 60 hours' community service, $500 restitution.

56.     Jones, Brian Raymond 1:22-CR-00205-TJK 40 U.S.C.§ 5104(e)(2)(G); Government request: 21 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $500 restitution.

57.     King, Patrick John 1:22-CR-00205-TJK 40 U.S.C.§ 5104(e)(2)(G); Government request: 60 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $500 restitution.

58.     Gerding, Christina 1:21-CR-00131-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 30 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

59.     Gerding, Jason 1:21-CR-00131-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 45 days' incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

60.     Bokoski, Bradley 1:22-CR-00207-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' supervised release, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 150 hours community service, $500 restitution.

61.     Bokoski, Matthew 1:22-CR-00207-CRC 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' supervised release, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 100 hours' community service, $500 restitution.

62.     Cohen, Menachem 1:22-CR-00393-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 14 days' incarceration, 36 months' probation, 60 hours' community service, $500

restitution. Sentence Imposed: 36 months' probation, 60 hours' community service, $500 restitution.

63. Wargo, Kimberly 1:22-CR-00319-RCL 40 U.S.C.§ 5104(e)(2)(G); Government request: 14 days' months incarceration, 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, 60 hours' community service, $500 restitution.

64. Smith, Justin Michael 1:22-CR-00157-RDM 40 U.S.C. § 5104(e)(2)(G); Government request: 90 days' incarceration, 36 months' supervised release, 60 hours' community service, $500 restitution. Sentence Imposed: 36 months' probation, $500 restitution.

65. Sizer, Brian 1:22-CR-00376-JEB 40 U.S.C. § 5104(e)(2)(D), (e)(2)(G); Government request: 36 months' probation, $500 restitution. Sentence Imposed: 12 months' probation, $500 restitution.

66. Hiles, Jacob 1:21-CR-00155-ABJ 40 U.S.C. § 5104(e)(2)(G); Government request: 36 months' probation, 60 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

67. Wangler, Douglas 1:21-CR-00365-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 36 months' probation, 40 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' community service, $500 restitution.

68. Harrison, Bruce 1:21-CR-00365-DLF 40 U.S.C. § 5104(e)(2)(G); Government request: 48 months' probation, 40 hours' community service, $500 restitution. Sentence Imposed: 24 months' probation, 60 hours' of community service, $500 restitution.

---

As can be seen from this small sampling of sentences, individuals who pled to more than a single count of 40 U.S.C. § 5104(e)(2)(G), didn't receive home confinement.

As stated, Ms. Connolly has agreed to pay $500.00 restitution. 18 U.S.C. §3553 (a) (7).

*Character References*

The Defendant requests that the Court consider the submitted Character references/letters in consideration of it's sentencing. The letters will be uploaded separately from this document.

Respectfully Submitted,
Kim Marie Connolly,
Defendant,

                By Her Attorneys,

/s/ Paul A. Bogosian

______________________________

Paul A. Bogosian
Attorney At Law
15 Myles Standish Drive
Dartmouth, MA 02747
Tel. 401.474.8330
BBO #561068
Email: bogoesq@comcast.net

DATED: December 12, 2023